**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MARCUS E. LEWIS,<br><br>      Defendant.<br>                                       / | No. CR-09-00203 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

    The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

    Defendant Marcus E. Lewis' plea of guilty is accepted by the Court as to Count (1) One of the Information charging Defendant Marcus E. Lewis with possession with intent to distribute cocaine base in the form of crack cocaine violation of 21 U.S.C. §841(a)(1), (b)(1)(B)(iii).  Sentencing is set for Wednesday, August 11, 2010.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 6/14/2010

                                                  CLAUDIA WILKEN
                                                  United States District Judge

cc:  LB, Probation, Wings